UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOHNSON, | No. 1:22-cv-01046-ADA-SKO (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| KERN COUNTY JAIL, et al., | |
| Defendant. | (ECF No. 14) |

Plaintiff Roberto Johnson is a former county, and current state, inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2023, the Magistrate Judge issued findings and recommendations, recommending that this action proceed solely on Plaintiff's Eighth Amendment failure to protect claim against Defendant Frye. (ECF No. 14.) The Magistrate Judge recommended that the Court dismiss the remaining claims and defendants. (*Id.*) The findings and recommendations contained notice that Plaintiff had fourteen days within which to file objections. (*Id.* at 3.) That deadline has passed, and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 1, 2023, (ECF No. 14), are adopted in full;
2. This action will proceed on Plaintiff's Eighth Amendment failure to protect claim against Defendant Frye;
3. Defendants Kern County Jail, the City of Bakersfield, and Does 1 through 10 are dismissed;
4. The remaining claims in Plaintiff's complaint are dismissed; and
5. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 25, 2023

UNITED STATES DISTRICT JUDGE

2