UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOHNSON,<br><br>             Plaintiff,<br><br>       v.<br><br>KERN COUNTY JAIL, et al.,<br><br>             Defendants. | 1:22-cv-01046-ADA-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO RETURN SERVICE DOCUMENTS**<br><br>**15-DAY DEADLINE** |

   Plaintiff Roberto Johnson is a former county and current state inmate proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On October 27, 2023, this Court issued its Order Finding Service Appropriate And Forwarding Service Documents To Plaintiff For Completion And Return. (Doc. 16.) Plaintiff was ordered to "complete the attached Notice of Submission of Documents form and submit it to the Court" along with the completed summons, USM-285 form, and two copies of the complaint. (*Id.* at 1-2.) Plaintiff was advised he "need not attempt service on the defendant" and that the Court would "direct the United States Marshall to serve the documents … without payment of costs." (*Id.* at 2.) Finally, Plaintiff was cautioned that a failure to comply with the Court's order would result in a recommendation the action be dismissed without prejudice for a failure to obey court orders. (*Id.*)

   More than 30 days have passed, and Plaintiff has failed to return the service documents as ordered.

//

1

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing, **within 15 days** of the date of service of this order, why this action should not be dismissed for his failure to comply with the Court's order. Alternatively, within that same time, Plaintiff may return the service documents as outlined in the Court's October 27, 2023, Order.

**FINAL WARNING TO PLAINTIFF: Failure to comply with this order will result in a recommendation that this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 6, 2023**          /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE