UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN COUNTY JAIL, et al.,<br><br>　　　　Defendants. | 1:22-cv-01046-NODJ-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO RETURN SERVICE DOCUMENTS**<br><br>(Doc. 19)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO RE-SERVE SERVICE DOCUMENTS TO PLAINTIFF**<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS WITHIN 15 DAYS** |

Plaintiff Roberto Johnson is a former county and current state inmate proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    INTRODUCTION**

On October 27, 2023, this Court issued its Order Finding Service Appropriate And Forwarding Service Documents To Plaintiff For Completion And Return. (Doc. 16.) Plaintiff was ordered to "complete the attached Notice of Submission of Documents form and submit it to the Court" along with the completed summons, USM-285 form, and two copies of the complaint. (*Id.* at 1-2.) Plaintiff was advised he "need not attempt service on the defendant" and that the Court would "direct the United States Marshall to serve the documents … without payment of costs."

(*Id*. at 2.) Plaintiff was also cautioned that a failure to comply with the Court's order would result in a recommendation the action be dismissed without prejudice for a failure to obey court orders. (*Id*.)

When more than 30 days passed and Plaintiff failed to return the service documents as ordered, the Court issued an Order to Show Cause ("OSC") Why This Action Should Not Be Dismissed For Plaintiff's Failure To Return Service Documents. (Doc. 18.)  On December 18, 2023, Plaintiff filed a response to the OSC. (Doc. 19.)

## II.     DISCUSSION

In his response to the OSC, Plaintiff states "he submitted and completed the Notice of Submission of Documents form and [] sent it to this Court." (Doc. 19.) Plaintiff states it appears the "documents got lost in the mail" and asks the Court to resend him the service documents. (*Id*.)

Although Plaintiff fails to provide specific information concerning the date he purportedly mailed the completed service documents to this Court, the Court will accept his assertion and presume the documents have been lost. The Court will direct the Clerk to re-serve Plaintiff with the necessary service documents. Plaintiff shall complete the service documents and return the documents to the Court within 15 days.

## III.    CONCLUSION AND ORDER

For the reasons given above, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall re-serve the USM-285 form, summons, Notice of Submission of Documents form, instruction sheet and one copy of the endorsed complaint to Plaintiff; and

2. **Within 15 days** from the date of service of this order, Plaintiff **SHALL** complete the Notice of Submission of Documents form and submit it to the Court with the following documents: (1) a completed summons for Defendant Frye; (2) a completed USM-285 form for Defendant Frye; and (3) two copies of the endorsed complaint.

//
//
//

**Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for a failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated:  **December 20, 2023**                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE