UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>KERN COUNTY JAIL, et al.,<br><br>        Defendants. | 1:22-cv-01046-KES-SKO (PC)<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO ATTEMPT RE-SERVICE OF DEFENDANT FRYE** |

Plaintiff Roberto Johnson is a former county jail and current state prison inmate proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's Eighth Amendment failure to protect claim against Defendant Frye.

**I.     RELEVANT BACKGROUND**

On October 27, 2023, this Court issued its Order Finding Service Appropriate and Forwarding Service Documents to Plaintiff for Completion and Return. (Doc. 16.)

Plaintiff submitted service documents on January 10, 2024. (Doc. 21.) The United States Marshals Service was directed to serve the summons and complaint on Defendant Frye, and the order identified Defendant Frye as follows: "**Kern County Deputy Sheriff Frye, Badge No. 1572.**" (Doc. 22, emphasis in original.)

On March 26, 2024, the United States Marshals Service filed its USM-285 form indicating service on Defendant Frye could not be effected. (Doc. 24.) The United States Marshals Service was advised by the Kern County Sheriff's Office that "Deputy Frye has not worke[d] there since

2021."[1] (*Id.*)

On March 29, 2024, this Court issued its Order To Show Cause ("OSC") Why Defendant Frye Should Not Be Dismissed From This Action For Failure To Provide Sufficient Information To Effect Service. (Doc. 25.) Plaintiff was ordered to respond to the OSC within 30 days. (*Id.* at 3.) On April 15, 2024, Plaintiff filed a written response to the OSC. (Doc. 26.)

On April 16, 2024, the Court issued its Order Discharging Order to Show Cause and Order Extending Deadline Within Which Plaintiff May Submit Additional Identifying Information Regarding Defendant Frye. (Doc. 27.) Plaintiff was to provide any additional information within 21 days. (*Id*. at 4.)  Plaintiff filed a document titled "Plaintiff's Reply to Additional Identifying Information Regarding Defendant Frye" on April 29, 2024. (Doc. 28.)

## II.     DISCUSSION

In his reply, Plaintiff describes Defendant Frye as "5'8", Hispanic, black short hair, weight approximately 200lbs, brown eyes and physical characteristics, he's buff, like he lifts weights." (*See* Doc. 28.)  Because Plaintiff provided additional information that may be helpful in identifying and/or locating Defendant Frye, the Court will direct the United States Marshals Service to reattempt service of Defendant Frye. The United States Marshals Service shall seek to obtain a forwarding or current address for Defendant Frye[2] and shall employ Plaintiff's description of Defendant Frye should it prove useful in locating Frye for service of process.

## III.    CONCLUSION AND ORDER

Following submission of additional identifying information provided by Plaintiff (Doc. 28), the United States Marshals Service will be directed to attempt to serve the summons and complaint upon Defendant Frye, formerly employed by the Kern County Sheriff's Office and purportedly assigned Badge No. 1572, using the information provided by Plaintiff and/or any

---

[1] The events leading up to Plaintiff allegedly contracting COVID-19 on February 13, 2021, give rise to his claims against Defendant Frye in this action. (*See* Doc. 10.)

[2] It is unclear from USM-285 form filed March 26, 2024, whether a forwarding address for Defendant Frye was sought from, or available to, the Kern County Sheriff's Office at the time service of Frye was originally attempted. (*See* Doc. 24.)

forwarding address or current address information potentially available from the Kern County Sheriff's Office.

      Accordingly, and for the reasons stated above, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court SHALL provide the United States Marshal with a copy of the complaint, the summons, the Order issued January 10, 2024, Plaintiff's filing of April 29, 2024 (Doc. 28), and this order;

2. The United States Marshal SHALL serve process of the complaint, the summons, and this order upon Defendant Frye pursuant to Fed. R. Civ. P. 4 and 28 U.S.C. § 566(c). **Within 10 days of personal service**, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. These costs shall be enumerated on the USM-285 form and shall include the costs incurred by the United States Marshal for photocopying the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against each personally served defendant in accordance with Fed. R. Civ. P. 4(d)(2).

IT IS SO ORDERED.

Dated:   **April 30, 2024**                /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE

3