UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>KERN COUNTY JAIL, et al.,<br><br>            Defendants. | 1:22-cv-01046-KES-SKO (PC)<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FILED SEPTEMBER 30, 2024**<br><br>(Doc. 39) |

Plaintiff Roberto Johnson is a former county jail inmate and current state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter proceeds on Plaintiff's Eighth Amendment failure to protect claim against Defendant Frye.

**I.      INTRODUCTION**

On September 13, 2024, Defendant filed an answer to Plaintiff's complaint. (Doc. 36.)

On September 16, 2024, the Court issued its "Order Referring Case to Post-Screening ADR and Staying Case for 90 Days." (Doc. 38.)

On September 30, 2024, Plaintiff filed a document titled "Notice of Motion and Motion to Strike Defendant Affirmative Defenses to Complaint." (Doc. 39.)

**II.     DISCUSSION**

In an Order issued September 16, 2024, the Court stayed this action for ninety days to allow the parties to determine whether an early settlement conference would be productive. (Doc. 38.) The Court ordered that "[n]o pleadings or motions may be filed in this case during the stay."

1

(*Id*. at 2.)

Plaintiff filed his motion to strike Defendant's affirmative defenses on September 30, 2024. (Doc. 39.) The Court notes Plaintiff's pleading is signed and dated September 20, 2024; thus, Plaintiff may have served his motion before receiving the Court's order staying the action. In any event, in light of the Court's order staying this action for ninety days which preceded Plaintiff's motion, Plaintiff's motion will be stricken. Plaintiff may re-file his motion once the stay of this action has been lifted by the Court.

### III.    CONCLUSION AND ORDER

For the foregoing reasons, the Court **ORDERS** Plaintiff's motion (Doc. 39) filed September 30, 2024, be **STRICKEN**.

IT IS SO ORDERED.

Dated:    **October 23, 2024**             /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

2