UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>KERN COUNTY JAIL, et al.,<br><br>    Defendants. | 1:22-cv-01046-KES-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 52) |

Plaintiff Roberto Johnson is a former county jail inmate and current state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment failure to protect claim against Defendant Frye.

**I.    BACKGROUND**

On June 26, 2025, Defendant Frye filed a summary judgment motion addressing the merits of Plaintiff's claim. (Doc. 48.)

On June 30, 2025, the Court issued its Second Informational Order. (Doc. 50.) Plaintiff was advised about his rights and responsibilities for opposing Defendant's motion for summary judgment, (*id.* at 2-4), and the deadline for filing an opposition or statement of non-opposition was extended to 21 days after the date of service of the order (*id.* at 4).

On August 1, 2025, when Plaintiff failed to file an opposition, the Court issued its Order to Show Cause (OSC) Why Sanctions Should Not be Imposed for Plaintiff's Failure to File an Opposition or Statement of Non-Opposition; Plaintiff was to respond in 14 days. (Doc. 52.)

1

## II. DISCUSSION

This Court's Local Rules provide, in relevant part:

> Opposition, if any, to the granting of a motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

Local Rule 230(*l*). Here, despite the issuance of an OSC, Plaintiff failed to file an opposition to Defendant's summary judgment motion. And as the OSC cautioned, "a failure to respond to this Order may result in the Court considering Defendant's motion for summary judgment to be unopposed." (Doc. 52 at 3, emphasis omitted.) Defendant's pending summary judgment motion is unopposed; thus, no reply brief is necessary, and the motion is submitted for decision. Local Rule 230(*l*) ("All such motions will be deemed submitted when the time to reply has expired"].)

This Court is one of the busiest district courts in the nation. All judges carry heavy caseloads. Defendant's unopposed summary judgment motion will be decided in due course.

## III. CONCLUSION AND ORDER

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS**:

1. The OSC issued August 1, 2025 (Doc. 52) is **DISCHARGED**;
2. Defendant Frye's motion for summary judgment filed June 26, 2026 (Doc. 48) is deemed unopposed and under submission; and
3. The motion will be decided in due course.

IT IS SO ORDERED.

Dated:   **November 25, 2025**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE