**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO JOHNSON, | Case No. 1:22-cv-01046 KES SKO (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO TERMINATE PENDING MOTION AND CLOSE CASE |
| v. | |
| KERN COUNTY JAIL, et al., | |
| Defendants. | |
| | Doc. 55 |

Roberto Johnson is proceeding pro se in this action, in which he asserts he suffered a violation of his Eighth Amendment rights. After Johnson's release from custody, he failed to provide a proper mailing address, and the Court's mail has been returned as undeliverable. The magistrate judge found Johnson failed to comply with the Local Rules and failed to prosecute this action. Doc. 55 at 3, 6. The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988), and recommended the Court dismiss the action without prejudice. *Id.* at 3-7.

On March 9, 2026, the Court served the findings and recommendations upon the parties—including at the only mailing address on record for Johnson—with a notice that any objections were due within 14 days. Doc. 55 at 7. Although the U.S. Postal Service returned the mail as "Undeliverable, RTS, No Such Number," service is deemed fully effective pursuant to Local Rule 182(f). Defendant did not file objections.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court remains unable to communicate with Johnson, as he has not filed a notice of change of address.

The Court **ORDERS**:

1. The findings and recommendations issued on March 9, 2026 (Doc. 55) are **ADOPTED** in full.

2. This action is **DISMISSED**, without prejudice, for Plaintiff's failure to comply with the Local Rules and failure to prosecute.

3. The Clerk of Court is directed to terminate the pending motion for summary judgment and to close this case.

IT IS SO ORDERED.

Dated:    March 30, 2026

_____
UNITED STATES DISTRICT JUDGE